# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BEVERLY NAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-06-0323-HE |
| | ) | |
| GLEN D. HICKERSON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the order entered this date as to plaintiff's claims against defendants Keith Robertson and Jim Parish and with prior orders disposing of all other claims, judgment is entered in favor of defendants and against the plaintiff, Beverly Naves, on all claims.

**IT IS SO ORDERED**.

Dated this 8th day of March, 2010.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE